# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161956

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD MICHAEL-JOHN DAVIS,
      Defendant-Appellant.

SC: 161956
COA: 353395
Oakland CC: 2015-253113-FC

_____/

      On order of the Court, the application for leave to appeal the June 12, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



Clerk

s0324